## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **FARUKH RAUF**, | ) | |
| File No. 044-640-654 , | ) | |
|    Plaintiff, | ) | CASE NO.  08 C 276 |
| | ) | |
| v. | ) | |
| | ) | JUDGE LINDBERG |
| **MICHAEL MUKASEY,** U.S. Attorney General, | ) | |
| Department of Homeland Security; | ) | MAGISTRATE JUDGE |
| **EMILIO T. GONZALES**, Director of U.S., | ) | COLE |
| Citizenship & Immigration Services, | ) | |
|    Defendant. | ) | |

### NOTICE OF DISMISSAL OF COMPLAINT

NOW COMES Plaintiff, Farukh Rauf, by and through her attorneys, Bonita B. Hwang Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses her complaint filed herein.  In support thereof, she states as follows:

1. The Defendant has not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,


s/ Bonita B. Hwang Cho

Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

**CERTIFICATE OF SERVICE**

      I, Bonita B.H. Cho, the attorney, hereby certify that on the April 3, 2008, a Notice of Dismissal was served to:

Harpreet Kaur Chahal
Assistant U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604

s/ Bonita B. Hwang Cho
Attorney for Plaintiff
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com