**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Farukh Rauf

                                Plaintiff,

v.                                                    Case No.: 1:08–cv–00276
                                                     Honorable George W. Lindberg

Michael Mukasey, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

        MINUTE entry before Judge Honorable George W. Lindberg:It is hereby ordered that Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, this action is voluntarily dismissed.Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.